◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALACHI ALEXIS, Appellant. [41 NYS3d 415]—

Judgment, Supreme Court, New York County (Arlene D. Goldberg, J., at suppression hearing; Michael J. Obus, J., at plea and sentence), rendered October 29, 2013, convicting defendant of murder in the second degree, and sentencing him to a term of 19 years to life, unanimously affirmed.

---

The court's oral colloquy with defendant, viewed in conjunction with a written waiver, establishes a valid waiver of defendant's right to appeal (*see People v Sanders*, 25 NY3d 337, 341 [2015]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]). This waiver forecloses review of defendant's suppression and excessive sentence claims.

Regardless of whether defendant validly waived his right to appeal, we find that the court properly denied his suppression motion, because the record establishes the lawfulness of an automobile stop and accompanying police conduct, as well as the voluntariness of defendant's statement. We also perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Renwick, Richter, Manzanet-Daniels and Feinman, JJ.